IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL K. PHILLIPS, f/k/a Danielle K. Doss, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. CV 08-427-JPG ) |
| BONDED CREDIT BUREAU, INC., a Kentucky Corporation, d/b/a Bonded Collection Systems, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: October 3, 2008

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
U. S. DISTRICT JUDGE